IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUIZA DAIRY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNION INTERNACIONAL (UAW) AND ITS AFFILIATE LOCAL 2429,<br><br>Defendants | CIVIL NO. 06-2072 (JP) |

### FINAL JUDGMENT

The Court has before it Plaintiff's Motion Requesting the Voluntary Dismissal of the Complaint (**No. 15**). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint against Defendants. Clearly, the dismissal of said case negates the need for the Initial Scheduling Conference which is scheduled for January 30, 2007.

This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of January, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE